UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY JEROME DANIELS, | No. C 10-1630 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| L.A. COUNTY SHERIFF DEPT.; et al., | |
| Defendants. | |

Kelly Jerome Daniels filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred during his arrest by Los Angeles County Sheriff's deputies in Los Angeles County, California. Los Angeles County is within the venue of the Central District of California. Some or all of the defendants apparently reside in the Central District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Central District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: April 23, 2010

_____
SUSAN ILLSTON
United States District Judge